Undra Monta SINGLETON *v.* STATE of Arkansas

CR 02-057                                                    65 S.W.3d 888

Supreme Court of Arkansas
Opinion delivered February 7, 2002

*Don G. Gillaspie,* for appellant.

No response.

PER CURIAM. Appellant, Undra Monta Singleton, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Don G. Gillaspie, states in his motion that the record was tendered late due to a mistake on his part. We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

Therefore, the motion is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.